JANET L. CHUBB, ESQ.
Nevada State Bar No. 176
LOUIS M. BUBALA III, ESQ.
Nevada State Bar No. 8974
ARMSTRONG TEASDALE LLP
50 West Liberty, Suite 950
Reno, NV 89501
Telephone:  775.322.7400
Facsimile:  775.322.9049
Email:  jchubb@armstrongteasdale.com
         lbubala@armstrongteasdale.com

Attorneys for Tilzoni, LLC

ELECTRONICALLY FILED ON
October 9, 2013

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br>STEPHEN FLANAGAN and CHARLOTTE FLANAGAN,<br><br>        Debtors. | Case No.:  BK-N-11-52228-BTB<br><br>Chapter:     11 |
| TILZONI, LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>STEPHEN FLANAGAN,<br><br>        Defendant. | **Adversary No. 12-05009-GWZ**<br><br>**NOTICE OF SETTLEMENT AGREEMENT, WITH CERTIFICATE OF SERVICE**<br><br>**Hearing Date: July 22, 2013**<br>**Hearing Time: 1:00 p.m.** |

On July 22, 2013, Plaintiff and Defendant participated in a settlement conference with this court and reached a settlement agreement, orally placed on the record at this time.  An executed copy of the settlement agreement is attached as Exhibit 1.  Although Debtor has not yet moved for approval of the settlement agreement in the main case, Plaintiff has contemporaneously submitted the proposed judgment.

Dated this 9th day of October, 2013

ARMSTRONG TEASDALE LLP

By:/s/  Louis M. Bubala III

Louis M. Bubala III, Esq.

Counsel for Tilzoni, LLC

1

**<u>CERTIFICATE OF SERVICE</u>**

1.  On  Oct. 9, 2013, I served the following document(s):

**NOTICE OF SETTLEMENT AGREEMENT, WITH CERTIFICATE OF SERVICE**

2.  I served the above-named document(s) by the following means to the persons as listed below:

■ a.  **ECF System** (attach the "Notice of Electronic Filing" or list all persons and addresses):

KEVIN A. DARBY on behalf of Defendant STEPHEN FLANAGAN kevin@darbylawpractice.com, tricia@darbylawpractice.com;tyler@darbylawpractice.com;alecia@darbylawpractice.com;kendal@darbylawpractice.com;sarah@darbylawpractice.com;itati@darbylawpractice.com;sawyer@darbylawpractice.com

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 9th day of October, 2013.

L. Bubala _____   /s/ L. Bubala _____.

   Name            Signature

# EXHIBIT 1

# EXHIBIT 1

**SETTLEMENT AGREEMENT**

*Tilzoni, LLC v. Stephen Flanagan*, Adv. Pro. No. 12-05009-GWZ (Bankr. D. Nev.)

*In re Stephen Flanagan*, Main Case No. 11-52228-BTB (Bankr. D. Nev.)


A nondischargeable judgment will be entered under 11 U.S.C. § 523(a)(2), (4) and (6) against the Debtor/Defendant Stephen Flanagan ("Debtor") and in favor of Plaintiff Tilzoni, LLC. The judgment shall be for the full amount to the prior underlying judgment of $158,444.25 with interest at the Minnesota judgment rate from the date of the default judgment on October 15, 2010, as entered in *Tilzoni, LLC v. Flanagan*, Case No. 27-CV-08-20942 (4th Jud. Dist., Hennepin County, Minn.). The judgment may be satisfied and released upon the payment of $94,000 as specified below.

Debtor satisfies the judgment upon the timely completion of the following five steps.

1)      A payment of $15,000 on or before September 3, 2013.

2)      Payments commencing the first day of the month, starting on October 1, 2013, at the rate of $1,500 per month for 36 months. Debtor shall arrange for these payments to be made by his employer as a wage assignment from his employer, Delta Airlines. If a date comes when Debtor is not employed by Delta Airlines or his compensation is insufficient to make such payments, Debtor shall arrange for these payments to be made by any current employer. The term "employer" is not limited to the legal definition of employer, but shall include any person or entity that compensates Debtor for his goods or services, directly or indirectly through an entity created or controlled by Debtor.

3)      A payment of $15,000 on or before October 1, 2014.

4)      A payment of $5,000 on or before September 1, 2015.

5)      A payment of $5,000 on or before September 1, 2016.

Debtor shall make payments to Tilzoni, LLC and/or Richard or Sheri Tillson (collectively, "Tilzoni"), as specified by Tilzoni. Debtor shall make payments electronically pursuant to instructions provided by Tilzoni. In the event that circumstances arise that prevent the transmittal of an electronic payment, Debtor shall send payment by certified funds, payable to Sheri Tillson, and received by her on or before the due date at 510 North Fourth Street, Saint Peter, MN 56082. Debtor also must advise of the circumstance that prevented electronic payment, and Tilzoni shall have the right to compel resumption of electronic payment.

Tilzoni shall be granted deeds of trust, executed by Debtor, securing the judgment on the Minnesota residence, the Lakeshore Drive residence, and the Hawaii residence. Debtor shall file a motion to approve this compromise in his main bankruptcy case with service on the trustee and creditor matrix, but the agreement became effective and enforceable as between Debtor and Tilzoni as of the date of the mediation, July 22, 2013. If the compromise motion is approved in the main case, Tilzoni may record the deeds of trust. In the event that the compromise is approved with modification to prevent the recording of the deeds of trust, but Debtor's bankruptcy case is later dismissed, Tilzoni may record the deeds of trust at that time.

In the event of a default, Tilzoni may enforce the judgment for the entire amount, including accrued and accruing interest, fees, and costs, less any payments received in conjunction with the settlement. Tilzoni also may exercise its rights to enforce the deeds of trust.

The motion to compel production of documents in the adversary proceeding and is taken off calendar, subject to vacation upon approval of the compromise motion and termination of this adversary proceeding.

Debtor shall file amended schedules and statements as of the date of conversion on or before 30 days from July 22, 2013.

IN WITNESS WHEREOF, this Settlement Agreement has been duly executed by the Parties.


TILZONI, LLC, by its authorized agent, Sheri Tillson         DATED: 9/20/13


JANET L. CHUBB, ESQ.                                        DATED: 9/20/13
COUNSEL FOR TILZONI, LLC


STEPHEN FLANAGAN                                            DATED: 9/1/13


KEVIN A. DARBY, ESQ.                                        DATED: 9/19/13
COUNSEL FOR STEPHEN FLANAGAN

2